PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:99-CR-58-1

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| NGUYEN, Kieu | MAINE | |

**NAME OF SENTENCING JUDGE**
Hon. D. Brock Hornby

**DATES OF PROBATION/SUPERVISED RELEASE:** FROM 12/21/2007 TO 12/20/2010

RECEIVED MAY 19 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**OFFENSE**

MAGISTRATE JUDGE DENLOW
JUDGE LEINENWEBER

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

08CR 440

4/29/08
_____          _____
Date                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008
_____          _____
Effective Date               United States District Judge

FILED

JUN 03 2008 TC
6-3-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT