OFFICE OF THE CLERK
**United States District Court**
DISTRICT OF MAINE
www.med.uscourts.gov

Linda L. Jacobson

☒ Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, Maine 04101
Direct Tel.: (207) 780-3363 Ext. 2213

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, ME 04402
(207) 945-0575

June 13, 2008

Michael W. Dobbins, Court Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**FILED**

JUN 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:   USA vs. KIEU NGUYEN
       Criminal No.99-CR-58-P-H

08 CR 440

Dear Mr. Dobbins,

On June 2, 2008 the Northern District of Illinois accepted jurisdiction of the above-referenced supervised releasee.  Therefore, enclosed please find a certified copy of each of the following documents:

-   Certified Copy Indictment
-   Certified Copy Docket Sheet
-   Certified Copy of Judgment & Commitment

Sincerely,
Linda L. Jacobson

By:   _Lois N. Downs_____
       Lois N. Downs
       Deputy Clerk

cc:   U.S. Probation



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

MICHAEL W. DOBBINS
CLERK



June 6, 2008

Ms. Linda L. Jacobson
Clerk
United States District Court
Edward T. Gignoux Federal Courthouse,
  1st Floor
156 Federal Street
Portland, ME 04101-4152

Dear Clerk:

**Re:  Case number 2:99cr58-1  US v Kieu Nguyen**
Our case number: 08 CR 440    - Northern District of Illinois, Judge Leinenweber

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Kieu
Nguyen, which has been accepted and assumed by this Court in the Northern District of Illinois,
Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the
enclosed copy of this letter to the United States District Court at the above address.  Your prompt
attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:     _____

Ellenore Duff
Deputy Clerk

Enclosure

CLOSED

# U.S. District Court
## District of Maine (Portland)
## CRIMINAL DOCKET FOR CASE #: 2:99-cr-00058-DBH-1
### Internal Use Only

Case title: USA v. NGUYEN

Date Filed: 08/26/1999
Date Terminated: 07/10/2000

---

Assigned to: JUDGE D. BROCK
HORNBY
Referred to: MAGISTRATE JUDGE
MARGARET J. KRAVCHUK

Appeals court case numbers: 00-1904,
1ST, 36-42

**Defendant (1)**

**KIEU MINH NGUYEN**
*TERMINATED: 07/11/2000*
*also known as*
JOHN NGUYEN
*also known as*
TRUONG NGUYEN

represented by **KIEU MINH NGUYEN**
Reg. No. 20786-057
FCI TEXARKANA
P.O. BOX 7000
TEXARKANA, TX 75505-7000
PRO SE

**JAMES R. VAN CAMP**
VAN CAMP, HAYES & MEACHAM
TWO REGIONAL DRIVE
P.O. BOX 1389
PINEHURST, NC 28370
(910) 295-2525
*TERMINATED: 07/11/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**PETER E. RODWAY**
RODWAY & HORODYSKI
30 CITY CENTER
PORTLAND, ME 04104
773-8449
Email: rodlaw@maine.rr.com
*TERMINATED: 07/11/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE BY ROBBERY 18:1951
(a) and (b)(1); 18:2 AIDING AND
ABETTING
(1s)

## Disposition

Imprisonment for a total term of 109
months, supervised release for a term of
3 years, special assessment of $100.00,
and restitution of $13,087.00

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:1951.F INTERFERENCE WITH
COMMERCE BY THREAT OR
VIOLENCE; 18:1951(a) and (b)(1) and
2: CONSPIRACY TO INTERFERE
WITH COMMERCE
(1)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN;
18:924(c)(1) and (3): USING AND
CARRYING A FIREARM DURING
AND IN RELATION TO A CRIME
OF VIOLENCE; 18:2: AIDING AND
ABETTING
(2)

18:924C.F VIOLENT
CRIME/DRUGS/MACHINE GUN:
USE AND CARRYING OF FIREARM
DURING CRIME OF VIOLENCE
18:924(c)(1) and (3) 18:2 AIDING
AND ABETTING
(2s)

## Disposition

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

## Interested Party

**DON TRAN**                          represented by  **NEAL K. STILLMAN**
                                                      LAW OFFICE OF NEAL STILLMAN
                                                      97A EXCHANGE STREET
                                                      PORTLAND, ME 04101
                                                      207-773-8169
                                                      Email: nstillma@maine.rr.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

---

**Interested Party**

**MONICA TRAN**                       represented by  **NEAL K. STILLMAN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

---

**Material Witness**

**CONG NGUYEN**                       represented by  **WILLIAM MASELLI**
*TERMINATED: 02/02/2000*                              LAW OFFICE OF WILLIAM
                                                      MASELLI
                                                      98 WASHINGTON AVE
                                                      PORTLAND, ME 04101
                                                      207-780-8400
                                                      Email: williammaselli@hotmail.com
                                                      *TERMINATED: 02/02/2000*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

---

**Material Witness**

**QUYEN TRUNG LE**                    represented by  **GAIL M. LATOUF**
*TERMINATED: 02/02/2000*                              LAW OFFICES OF GAIL M.
                                                      LATOUF
                                                      477 CONGRESS STREET, 5TH
                                                      FLOOR
                                                      PO BOX 3562
                                                      PORTLAND, ME 04104-3562
                                                      207-523-3444
                                                      Email: glatouf@attorneylatouf.com
                                                      *TERMINATED: 02/02/2000*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

---

**Material Witness**

**THONG NGUYEN**
*TERMINATED: 02/02/2000*

represented by **DAVID R. BENEMAN**
LEVENSON, VICKERSON &
BENEMAN
P.O. BOX 465
PORTLAND, ME 04112
775-5200 ext. 104
Fax: 772-1820
Email: beneman@maine.rr.com
*TERMINATED: 02/02/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA**

represented by **JONATHAN R. CHAPMAN**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780-3257
Email: jon.chapman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARGARET D. MCGAUGHEY**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780-3257
Email: margaret.mcgaughey@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/17/1999 | | PRAECIPE FOR WARRANT as to JOHN NGUYEN (dw) (Entered: 08/26/1999) |
| 08/17/1999 | | ARREST Warrant issued as to JOHN NGUYEN ; Original delivered to US Marshal (dw) (Entered: 08/26/1999) |
| 08/18/1999 | | ARREST of KIEU MINH NGUYEN in Middle District of North Carolina (mlh) (Entered: 12/21/1999) |
| 08/18/1999 | | (Court only) karsodist. event deleted and redocketed Reason: wrong date |

| | | entered (mlh) (Entered: 12/21/1999) |
|---|---|---|
| 08/26/1999 | 1 | INDICTMENT as to JOHN NGUYEN JOHN NGUYEN (1) count(s) 1, 2 Government Attorney added: JONATHAN R. CHAPMAN (dw) (Entered: 08/26/1999) |
| 08/26/1999 | 2 | Rule 40 Documents as to JOHN NGUYEN received from USDC, M.D. N.C. (included are: WAIVER OF RULE 40 HEARING/IDENTITY HEARING (dft requests detention hearing in D. Me.), CJA 23 FINANCIAL AFFIDAVIT, WAIVER OF RIGHT TO APPOINTED COUNSEL at Initial Appearance (and request for appointment of counsel for all subsequent proceedings), COMMITMENT TO ANOTHER DISTRICT, ORDER OF DETENTION PENDING DETENTION HEARING and ORDER FOR TRANSPORT TO D. ME.) (dw) (Entered: 08/26/1999) |
| 09/16/1999 | | Arrest WARRANT Returned Executed as to JOHN NGUYEN on 8/18/99 (mmc) (Entered: 09/16/1999) |
| 09/16/1999 | | CJA 23 FINANCIAL AFFIDAVIT by JOHN NGUYEN (dw) (Entered: 09/17/1999) |
| 09/16/1999 | 3 | MOTION by USA as to JOHN NGUYEN for Detention (dw) (Entered: 09/17/1999) |
| 09/16/1999 | | PROCEEDING as to JOHN NGUYEN :, Arraignment Held , Not Guilty Plea; plea accepted: JOHN NGUYEN (1) count(s) 1, 2 , CJA 20: Appointment of Attorney PETER E. RODWAY Voucher # 00001035387 , set Detention Hearing for 4:30 9/22/99 for JOHN NGUYEN ; NOTE: dft signs CJA 23 financial affidavit with his nickhame, "Kieu Nguyen." before MAG. JUDGE DAVID M. COHEN ( Court Reporter: ECR) (dw) Modified on 09/17/1999 (Entered: 09/17/1999) |
| 09/16/1999 | | ORAL MOTION by JOHN NGUYEN to Continue Detention Hearing to 09/22/99, 4:30 p.m. (dw) Modified on 09/17/1999 (Entered: 09/17/1999) |
| 09/16/1999 | | ORAL ORDER granting [0-0] oral motion to Continue Detention Hearing to 09/22/99, 4:30 p.m. ( Entered by MAG. JUDGE DAVID M. COHEN ) (dw) (Entered: 09/17/1999) |
| 09/16/1999 | | ORAL ORDER re appointment of CJA counsel: COUNSEL APPOINTED. HOWEVER, IF DFT IS RELEASED, AND IF HE FINDS HIMSELF WITH EXCESS FUNDS AT THE END OF THE MONTH WHICH WOULD OTHERWISE BE GIVEN TO CHARITY, THEN HE SHALL PAY THOSE FUNDS TO DEFENSE COUNSEL, WHO SHALL THEM IN HIS CLIENTS' ACCOUNT AND REPORT TO THE COURT WITH HIS VOUCHER AT THE CONCLUSION OF THE CASE. ( Entered by MAG. JUDGE DAVID M. COHEN ) (dw) (Entered: 09/17/1999) |
| 09/16/1999 | 4 | ORDER OF DISCOVERY as to JOHN NGUYEN setting Motion Filing deadline on 9/30/99 for JOHN NGUYEN ; Ready for Trial on 11/1/99 for JOHN NGUYEN ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (dw) (Entered: 09/17/1999) |
| 09/16/1999 | 5 | ORDER OF TEMPORARY DETENTION as to JOHN NGUYEN ; Detention |

| | | |
|---|---|---|
| | | Hearing set for 4:30 9/22/99 for JOHN NGUYEN Preliminary Exam set for ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (dw) (Entered: 09/17/1999) |
| 09/22/1999 | 6 | MOTION by JOHN NGUYEN to Continue Detention Hrg set for 9/22/99 to 9/27/99 at 2:00 p.m. (mmc) (Entered: 09/22/1999) |
| 09/22/1999 | | ENDORSEMENT ON MOTION granting [6-1] motion to Continue Detention Hrg set for 9/22/99 to 9/27/99 at 2:00 p.m., reset Detention Hearing for 2:00 9/27/99 for JOHN NGUYEN ( Entered by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (mmc) (Entered: 09/22/1999) |
| 09/27/1999 | | PROCEEDING as to JOHN NGUYEN : Dft's correct name, KIEU NGUYEN, noted for record; superseding indictment t/b/filed. Detention Hearing Held; proffers made by both sides; ruling taken U/A ; dft REMANDED to USMS; before MAG. JUDGE DAVID M. COHEN ( Court Reporter: ECR) (dw) (Entered: 09/28/1999) |
| 09/27/1999 | | ORAL MOTION by JOHN NGUYEN to Extend Time to 10/13/99 to file pretrial motions (no objection); dft waives speedy trial for this time/purpose (dw) (Entered: 09/28/1999) |
| 09/27/1999 | 7 | ORDER Terminating Appt of Counsel Peter Rodway as appointed counsel. Atty Rodway will remain in case as retained local counsel( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (dw) (Entered: 09/28/1999) |
| 09/27/1999 | | Pro Hac Vice Certificate for JOHN NGUYEN by JAMES VAN CAMP (dw) (Entered: 09/28/1999) |
| 09/27/1999 | 8 | ORDER OF DETENTION as to JOHN NGUYEN granting [3-1] motion for Detention ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl, USM, USP (dw) (Entered: 09/28/1999) |
| 09/27/1999 | | NOTICE of Appearance AS LOCAL COUNSEL for JOHN NGUYEN by Attorney PETER RODWAY (dw) (Entered: 09/28/1999) |
| 09/27/1999 | | NOTICE of Appearance for JOHN NGUYEN by Attorney JAMES R. VAN CAMP (dw) (Entered: 09/29/1999) |
| 09/29/1999 | 9 | SUPERSEDING INDICTMENT as to JOHN NGUYEN (1) count(s) 1s, 2s correcting defendant's name to read "KIEU MINH NGUYEN" (dw) (Entered: 10/01/1999) |
| 09/29/1999 | | (Court only) **Procedural Interval start P9 as to KIEU MINH NGUYEN (1) count(s) 1, 2 (dw) (Entered: 01/03/2000) |
| 10/04/1999 | | (Court only) **Terminated deadlines as to JOHN NGUYEN for motions (dw) (Entered: 10/04/1999) |
| 10/06/1999 | | PROCEEDING as to KIEU MINH NGUYEN :, Arraignment Held on Superseding Indictment , Not Guilty Plea entered; plea accepted: KIEU MINH NGUYEN (1) count(s) 1s, 2s before MAG. JUDGE DAVID M. COHEN ( Court Reporter: ECR) Dft remanded to custody of USMS (slh) (Entered: 12/21/1999) |
| | | |

| 10/12/1999 | 10 | MOTION with Memorandum in Support by KIEU MINH NGUYEN to Dismiss Indictment Response deadline set for 10/29/99 for USA (mmc) (Entered: 10/12/1999) |
|---|---|---|
| 10/12/1999 | 11 | MOTION by KIEU MINH NGUYEN for Order Sequestration and Segregation of Witnesses During Trial Response deadline set for 10/29/99 for USA (mmc) (Entered: 10/12/1999) |
| 10/12/1999 | | Proposed Voir Dire Questions by KIEU MINH NGUYEN (mmc) (Entered: 10/12/1999) |
| 10/13/1999 | | TRIAL LIST as to KIEU MINH NGUYEN Trial List date set for 11/1/99 for KIEU MINH NGUYEN Trial Brief deadline set for 10/25/99 for KIEU MINH NGUYEN, for USA ; Jury Selection set for 9:00 11/1/99 for KIEU MINH NGUYEN ; cc: cnsl (smd) (Entered: 10/13/1999) |
| 10/13/1999 | 12 | SPEEDY TRIAL EXCLUSION ORDER as to KIEU MINH NGUYEN granting [0-0] oral motion to Extend Time to 10/13/99 to file pretrial motions (no objection); dft waives speedy trial for this time/purpose, reset Motion Filing deadline to 10/13/99 for KIEU MINH NGUYEN (XT started: 9/27/99 to 10/13/99) ( Signed by MAG. JUDGE DAVID M. COHEN ) cc: cnsl (mmc) (Entered: 10/13/1999) |
| 10/14/1999 | | (Court only) **Terminated Deadlines for motion filing (mmc) (Entered: 10/14/1999) |
| 10/19/1999 | | Deadline updated as to KIEU MINH NGUYEN, reset Ready for Trial Deadline to 11/29/99 for KIEU MINH NGUYEN cnsl notified (mmc) (Entered: 10/19/1999) |
| 10/19/1999 | | (Court only) **Terminated Deadlines for 11/1/99 trial related deadlines (mmc) (Entered: 10/19/1999) |
| 10/19/1999 | | (Court only) **Remove TRLIST flag. (mmc) (Entered: 10/19/1999) |
| 10/26/1999 | | TRIAL LIST as to KIEU MINH NGUYEN Trial List date set for 11/29/99 for KIEU MINH NGUYEN Trial Brief deadline set for 11/22/99 for KIEU MINH NGUYEN, for USA ; Jury Selection set for 9:00 11/29/99 for KIEU MINH NGUYEN ; cc: cnsl (smd) (Entered: 10/26/1999) |
| 10/29/1999 | 13 | RESPONSE by USA to [10-1] motion to Dismiss Indictment ; Reply to Response due 11/8/99 for KIEU MINH NGUYEN (dw) (Entered: 11/01/1999) |
| 10/29/1999 | 15 | RESPONSE by USA to [14-1] motion for Discovery ; Reply to Response due 11/8/99 for KIEU MINH NGUYEN, [11-1] motion for Order Sequestration and Segregation of Witnesses During Trial ; Reply to Response due 11/8/99 for KIEU MINH NGUYEN (mmc) (Entered: 11/03/1999) |
| 11/03/1999 | 14 | MOTION with Memorandum in Support by KIEU MINH NGUYEN for Discovery (mmc) (Entered: 11/03/1999) |
| 11/09/1999 | | (Court only) **Terminated Deadlines for rply to resp mtnn #10, #11, #14 (mmc) (Entered: 11/09/1999) |
| 11/09/1999 | | ENDORSEMENT ON MOTION denying [10-1] motion to Dismiss |

| | | |
|---|---|---|
| | | Indictment. Denied without prejudice to re-raising at the close of the Government's case ( Entered by JUDGE D. B. HORNBY ) cc: cnsl (mmc) (Entered: 11/09/1999) |
| 11/09/1999 | | ENDORSEMENT ON MOTION granting in part [11-1] motion for Order Sequestration and Segregation of Witnesses During Trial. Granted but for the case agent. ( Entered by JUDGE D. B. HORNBY ) cc: cnsl (mmc) (Entered: 11/09/1999) |
| 11/09/1999 | | ENDORSEMENT ON MOTION terminating [14-1] motion for Discovery. No action necessary in light of the Government's response. ( Entered by JUDGE D. B. HORNBY ) cc: cnsl, (mmc) (Entered: 11/09/1999) |
| 11/09/1999 | | Deadline updated as to KIEU MINH NGUYEN, reset Ready for Trial Deadline to 1/10/00 for KIEU MINH NGUYEN cnsl notified (mmc) (Entered: 11/09/1999) |
| 11/09/1999 | | (Court only) **Terminated Deadlines for 11/29 trial ddls (mmc) (Entered: 11/09/1999) |
| 11/09/1999 | | (Court only) **Remove TRLIST flag. (mmc) (Entered: 11/09/1999) |
| 12/02/1999 | | TRIAL LIST as to KIEU MINH NGUYEN Trial List date set for 1/10/00 for KIEU MINH NGUYEN Trial Brief deadline set for 1/3/00 for KIEU MINH NGUYEN, for USA ; Jury Selection set for 9:00 1/10/00 for KIEU MINH NGUYEN ; cc: cnsl (err) (Entered: 12/02/1999) |
| 12/23/1999 | | Change of Plea Hearing set at 2:30 1/6/00 for KIEU MINH NGUYEN before JUDGE D. B. HORNBY (mmc) (Entered: 12/23/1999) |
| 01/05/2000 | 16 | PLEA AGREEMENT as to KIEU MINH NGUYEN (mmc) (Entered: 01/05/2000) |
| 01/05/2000 | 17 | PROSECUTION VERSION as to KIEU MINH NGUYEN (mmc) (Entered: 01/05/2000) |
| 01/06/2000 | | PROCEEDING as to KIEU MINH NGUYEN :, Conference of Counsel Held prior to Rule 11. Rule 11 Hrg did not go forward. before JUDGE D. B. HORNBY ( Court Reporter: Cindy Packard) (mmc) (Entered: 01/06/2000) |
| 01/06/2000 | | ORAL MOTION by USA as to KIEU MINH NGUYEN to Continue Trial to 2/7/00 based on the Rule 11 Hearing not proceeding (mmc) (Entered: 01/06/2000) |
| 01/06/2000 | | ORAL SPEEDY TRIAL EXCLUSION ORDER as to KIEU MINH NGUYEN granting [0-0] oral motion to Continue Trial to 2/7/00 based on the Rule 11 Hearing not proceeding, reset Trial Brief for 1/31/00 for KIEU MINH NGUYEN, for USA Trial List Date for 2/7/00 for KIEU MINH NGUYEN Jury Selection Deadline for 9:00 2/7/00 for KIEU MINH NGUYEN (XT started: 01/06/00 to 02/07/00) ( Signed by JUDGE D. B. HORNBY ) cc: cnsl (mmc) (Entered: 01/06/2000) |
| 01/06/2000 | | (Court only) **Terminated Deadlines for Change of Plea Hearing (withdrawn by dft) (mmc) (Entered: 01/06/2000) |

| 01/07/2000 | 18 | LETTER BRIEF filed by USA noting changed circumstances underlying its oral motion of 01/06/00 to continue trial to 02/07/00 trial list. Despite the change in circumstance noted, the motion is still valid, and its granting need not be revisited. (dw) (Entered: 01/07/2000) |
| --- | --- | --- |
| 01/20/2000 | 19 | PETITION by KIEU MINH NGUYEN for Writ of Habeas Corpus ad testificandum as to Dung Quoc Tran a witness for trial. Appearance is necesary 2/7/00 at 8:00 a.m. for trial preparation and for trial on 2/28/00. (mmc) Modified on 12/06/2002 (Entered: 01/20/2000) |
| 01/20/2000 | | Motion(s) referred to MAG. JUDGE DAVID M. COHEN : [19-1] petition for writ H/C (mmc) (Entered: 01/20/2000) |
| 01/21/2000 | | ENDORSEMENT ON MOTION granting [19-1] petition motion ( Entered by MAG. JUDGE DAVID M. COHEN )(defense counsel to pay witness' transport costs) cc: cnsl, USM, USP (dw) (Entered: 01/21/2000) |
| 01/28/2000 | | Deadline updated as to KIEU MINH NGUYEN, reset trial brief deadline for 2/2/00 for KIEU MINH NGUYEN (Govt does not object) (dw) (Entered: 01/28/2000) |
| 01/28/2000 | 20 | TRIAL BRIEF by USA as to KIEU MINH NGUYEN (dw) (Entered: 01/28/2000) |
| 01/28/2000 | | Proposed jury instructions by USA as to KIEU MINH NGUYEN (dw) (Entered: 01/28/2000) |
| 02/02/2000 | 21 | MOTION with Memorandum in Support by KIEU MINH NGUYEN for Order to Allow Additional Peremptory Challenges (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | | Proposed Voir Dire Questions by KIEU MINH NGUYEN (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | | Proposed jury instructions by KIEU MINH NGUYEN as to KIEU MINH NGUYEN (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | | Proposed jury instructions to jury prior to Opening Statements by KIEU MINH NGUYEN as to KIEU MINH NGUYEN (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | | Proposed jury instructions to be given to jury prior to recesses by KIEU MINH NGUYEN as to KIEU MINH NGUYEN (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | 22 | TRIAL BRIEF by KIEU MINH NGUYEN (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | 22 | MEMORANDUM by KIEU MINH NGUYEN in support of a Motion for Judgment of Acquittal (mmc) (Entered: 02/02/2000) |
| 02/02/2000 | | (Court only) **Added party witnesses CONG NGUYEN, QUYEN TRUNG LE, THONG NGUYEN, re: trial of KIEU MINH NGUYEN (slh) (Entered: 02/03/2000) |
| 02/02/2000 | | CJA 20 as to CONG NGUYEN : Appointment of Attorney WILLIAM MASELLI for material trial witness ( Signed by JUDGE D. B. HORNBY ) cc:gvt (slh) (Entered: 02/03/2000) |
| | | |

| | | |
|---|---|---|
| 02/02/2000 | | CJA 20 as to QUYEN TRUNG LE : Appointment of Attorney GAIL M. LATOUF for material trial witness ( Signed by JUDGE D. B. HORNBY ) cc:gvt (slh) Modified on 02/03/2000 (Entered: 02/03/2000) |
| 02/02/2000 | | CJA 20 as to THONG NGUYEN : Appointment of Attorney DAVID R. BENEMAN for material trial witness ( Signed by JUDGE D. B. HORNBY ) cc:gvt (slh) (Entered: 02/03/2000) |
| 02/02/2000 | | (Court only) **Termination of material trial witnesses: party THONG NGUYEN, party QUYEN TRUNG LE, party CONG NGUYEN (slh) (Entered: 02/03/2000) |
| 02/07/2000 | | PROCEEDING as to KIEU MINH NGUYEN :, Motion Hearing Held re: [21-1] motion for Order to Allow Additional Peremptory Challenges before JUDGE D. B. HORNBY ( Court Reporter: Cindy Packard) (mmc) (Entered: 02/07/2000) |
| 02/07/2000 | | ORAL ORDER denying [21-1] motion for Order to Allow Additional Peremptory Challenges Counsel may reassert at/during jury selection. ( Entered by JUDGE D. B. HORNBY ) (mmc) (Entered: 02/07/2000) |
| 02/07/2000 | | JURY IMPANELED as to KIEU MINH NGUYEN (1) count(s) 1s, 2s before JUDGE D. B. HORNBY ( Court Reporter: Cindy Packard) (mmc) (Entered: 02/07/2000) |
| 02/07/2000 | | Deadline updated as to KIEU MINH NGUYEN, set Jury Trial (5 days) for 8:30 2/28/00 for KIEU MINH NGUYEN (mmc) (Entered: 02/07/2000) |
| 02/24/2000 | | (Court only) **Added party DON TRAN (dw) (Entered: 02/24/2000) |
| 02/24/2000 | | (Court only) **Added party MONICA TRAN (dw) (Entered: 02/24/2000) |
| 02/24/2000 | 23 | MOTION by DON TRAN as to KIEU MINH NGUYEN to Quash , or for Order Modifying Subpoena Response deadline set for 3/13/00 for KIEU MINH NGUYEN (dw) (Entered: 02/24/2000) |
| 02/24/2000 | 24 | MOTION by MONICA TRAN as to KIEU MINH NGUYEN to Quash , or for Order Modifying Subpoena Response deadline set for 3/13/00 for KIEU MINH NGUYEN (dw) (Entered: 02/24/2000) |
| 02/24/2000 | | Motion(s) referred to MAG. JUDGE DAVID M. COHEN : [24-1] motion to Quash, [24-2] motion for Order Modifying Subpoena, [23-1] motion to Quash, [23-2] motion for Order Modifying Subpoena (dw) (Entered: 02/24/2000) |
| 02/24/2000 | | PROCEEDING as to KIEU MINH NGUYEN: Tele-Conference Held (re: ##23, 24, Motions to Quash by interested parties) before MAG. JUDGE DAVID M. COHEN ( Court Reporter: --) (dw) (Entered: 02/24/2000) |
| 02/24/2000 | | ENDORSEMENT ON MOTION denying [23-1] motion to Quash, denying [23-2] motion for Order Modifying Subpoena ( Entered by MAG. JUDGE DAVID M. COHEN ): [EX PARTE] TELEPHONE HEARING HAD THIS DAY. AFTER DISCUSSION, MOTIONS DENIED. THE TRIAL JUDGE WILL DETERMINE ADMISSIBILITY OF ANY OF THESE MATERIALS. cc: cnsl, USM, USP (dw) (Entered: 02/24/2000) |

| 02/24/2000 | | ENDORSEMENT ON MOTION denying [24-1] motion to Quash, denying [24-2] motion for Order Modifying Subpoena ( Entered by MAG. JUDGE DAVID M. COHEN): TELEPHONE HEARING HAD THIS DAY ON THIS AND COMPANION MOTION. AFTER DISCUSSION, MOTIONS DENIED. THE TRIAL JUDGE WILL DETERMINE ADMISSIBILITY OF ANY OF THESE MATERIALS. cc: cnsl, USM, USP (dw) (Entered: 02/25/2000) |
|---|---|---|
| 02/25/2000 | | Witness list by USA as to KIEU MINH NGUYEN (dw) (Entered: 02/25/2000) |
| 02/28/2000 | | PROCEEDING as to DON TRAN, MONICA TRAN, KIEU MINH NGUYEN :, Motion Hearing Held re: [24-1] motion to Quash, [24-2] motion for Order Modifying Subpoena, [23-1] motion to Quash, [23-2] motion for Order Modifying Subpoena before JUDGE D. B. HORNBY ( Court Reporter: Cindy Packard) (mmc) (Entered: 02/28/2000) |
| 02/28/2000 | | ORAL ORDER denying [24-1] motion to Quash, denying [24-2] motion for Order Modifying Subpoena, denying [23-1] motion to Quash, denying [23-2] motion for Order Modifying Subpoena RULING: The tax return s are not ordered disclosed at this time but may be revisited by defense counsel after the testimony of certain witnesses for impeachment purposes. ( Entered by JUDGE D. B. HORNBY ) (mmc) (Entered: 02/28/2000) |
| 02/28/2000 | | ORAL MOTION by KIEU MINH NGUYEN for Order to Limit Juror Note Taking During Trial (mmc) (Entered: 02/28/2000) |
| 02/28/2000 | | ORAL ORDER denying [0-0] oral motion for Order to Limit Juror Note Taking During Trial ( Entered by JUDGE D. B. HORNBY ) (mmc) (Entered: 02/28/2000) |
| 02/28/2000 | | ORAL ORDER granting [11-1] motion for Order Sequestration and Segregation of Witnesses During Trial ( Entered by JUDGE D. B. HORNBY ) (mmc) (Entered: 02/28/2000) |
| 02/28/2000 | | JURY TRIAL Begun before JUDGE D. B. HORNBY as to KIEU MINH NGUYEN ( Court Reporter: Cindy Packard) (mmc) (Entered: 02/28/2000) |
| 02/29/2000 | | JURY TRIAL CONTINUES as to KIEU MINH NGUYEN before JUDGE D. B. HORNBY ( Court Reporter: C. Packard) (mjl) (Entered: 02/29/2000) |
| 03/01/2000 | | JURY TRIAL CONTINUES as to KIEU MINH NGUYEN before JUDGE D. B. HORNBY ( Court Reporter: C.Packard) (mjl) (Entered: 03/01/2000) |
| 03/01/2000 | | ORAL MOTION by KIEU MINH NGUYEN for Judgment of Acquittal pursuant to rule 29. (mjl) (Entered: 03/01/2000) |
| 03/01/2000 | | ORAL ORDER for reasons stated on the record granting in part, denying in part [0-0] oral motion for Judgment of Acquittal pursuant to rule 29. ( Entered by JUDGE D. B. HORNBY ) (mjl) (Entered: 03/01/2000) |
| 03/02/2000 | | JURY TRIAL CONTINUES as to KIEU MINH NGUYEN before JUDGE D. B. HORNBY ( Court Reporter: C. Packard ) (mjl) (Entered: 03/02/2000) |
| 03/02/2000 | 25 | TRANSCRIPT filed as to KIEU MINH NGUYEN of testimony of Thong Nguyen for dates of 2/29/00 held before Judge D.B.Hornby ( Court Reporter: |

| | | |
|---|---|---|
| | | C. Packard) (mjl) (Entered: 03/02/2000) |
| 03/02/2000 | | Renewed ORAL MOTION by KIEU MINH NGUYEN for Judgment of Acquittal (mjl) (Entered: 03/02/2000) |
| 03/02/2000 | | ORAL ORDER denying [0-0] oral motion for Judgment of Acquittal ( Entered by JUDGE D. B. HORNBY ) (mjl) (Entered: 03/02/2000) |
| 03/03/2000 | | JURY TRIAL CONTINUES as to KIEU MINH NGUYEN before JUDGE D. B. HORNBY ( Court Reporter: C. PACKARD) (mjl) (Entered: 03/06/2000) |
| 03/03/2000 | | JURY TRIAL CONCLUDED before JUDGE D. B. HORNBY as to KIEU MINH NGUYEN ( Court Reporter: C. Packard) (mjl) (Entered: 03/06/2000) |
| 03/03/2000 | 26 | Jury Verdict of Guilty: KIEU MINH NGUYEN (1) count(s) 1s Presentence Report due on 5/8/00 for KIEU MINH NGUYEN , Not Guilty: KIEU MINH NGUYEN (1) count(s) 2s cc: cnsl, USPO,USMS. (mjl) (Entered: 03/06/2000) |
| 05/22/2000 | | PRE-SENTENCE Conference set at 3:30 6/19/00 for KIEU MINH NGUYEN before JUDGE D. B. HORNBY cc: cnsl, USP (mmc) (Entered: 05/22/2000) |
| 05/22/2000 | | Sentencing set at 1:30 6/29/00 for KIEU MINH NGUYEN before JUDGE D. B. HORNBY cc: cnsl,USM,USP (mmc) (Entered: 05/22/2000) |
| 05/24/2000 | | Deadline updated as to KIEU MINH NGUYEN, reset Sentencing for 1:00 7/10/00 for KIEU MINH NGUYEN cc:cnsl, USPO, USMS (mjl) (Entered: 05/24/2000) |
| 06/19/2000 | | PROCEEDING as to KIEU MINH NGUYEN :, Pre-sentence Conference Held before JUDGE D. B. HORNBY ( Court Reporter: C.Packard) (mjl) (Entered: 06/19/2000) |
| 06/20/2000 | 27 | PROCEDURAL ORDER SCHEDULING GUIDELINE SENTENCING as to KIEU MINH NGUYEN for 1:00 7/10/00 (one hour) for KIEU MINH NGUYEN ( Signed by JUDGE D. B. HORNBY ) cc:cnsl, USM, USP (mmc) (Entered: 06/21/2000) |
| 06/20/2000 | 28 | UNDISPUTED FINDINGS affecting sentencing as to KIEU MINH NGUYEN ( Signed by JUDGE D. B. HORNBY ) cc: cnsl, USP (mmc) (Entered: 06/21/2000) |
| 07/05/2000 | 29 | Partial TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial (testimony of Tola Mack) for dates of 2/28/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (mmc) (Entered: 07/05/2000) |
| 07/05/2000 | 30 | Partial TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial (Testimony of Quyen Trung Le) for dates of 2/29/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (mmc) (Entered: 07/05/2000) |
| 07/05/2000 | 31 | Partial TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial (testimony of Quyen Trung Le) for dates of 3/1/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Pckard) (mmc) (Entered: 07/05/2000) |
| 07/05/2000 | 32 | Partial TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial (Testimony of Cong Nguyen)for dates of 3/1/00 held before Judge D. Brock |

| | | Hornby ( Court Reporter: Cindy Packard) (mmc) (Entered: 07/05/2000) |
|---|---|---|
| 07/05/2000 | 33 | Partial TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial of Rule 29 Motion for dates of 3/1/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (mmc) (Entered: 07/05/2000) |
| 07/10/2000 | | PROCEEDING as to KIEU MINH NGUYEN :, Sentencing Held KIEU MINH NGUYEN (1) count(s) 1s before JUDGE D. B. HORNBY ( Court Reporter: Cindy Packard) (mmc) (Entered: 07/10/2000) |
| 07/11/2000 | 34 | JUDGMENT KIEU MINH NGUYEN (1) count(s) 1s. Imprisonment for a total term of 109 months, supervised release for a term of 3 years, special assessment of $100.00, and restitution of $13,087.00 ( Signed by JUDGE D. B. HORNBY ) cc: cnsl,USM,USP ( EOD: 7/11/00 ) (mjl) (Entered: 07/11/2000) |
| 07/11/2000 | | (Court only) **Termination of party KIEU MINH NGUYEN pending deadlines and pending motions as to KIEU MINH NGUYEN (mjl) (Entered: 07/11/2000) |
| 07/11/2000 | | (Court only) **Case closed as to all defendants: KIEU MINH NGUYEN ; Purge Appeal deadline set for 8/10/00 . (mjl) (Entered: 07/11/2000) |
| 07/11/2000 | | (Court only) **JS3 Closing Card for KIEU MINH NGUYEN (mjl) (Entered: 08/02/2000) |
| 07/19/2000 | 35 | NOTICE OF APPEAL by KIEU MINH NGUYEN (1) count(s) 1s (bfa) (Entered: 07/19/2000) |
| 07/20/2000 | | CERTIFICATE of Clerk (Form 83) [35-1] appeal Org docs #: 1 - 35, PSR (bfa) (Entered: 07/20/2000) |
| 07/20/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to KIEU MINH NGUYEN : [35-1] appeal (bfa) (Entered: 07/20/2000) |
| 08/11/2000 | | USCA Case Number as to KIEU MINH NGUYEN Re: [35-1] appeal USCA Number: 00-1904 (bfa) (Entered: 08/11/2000) |
| 08/21/2000 | 36 | TRANSCRIPT (INDEX) filed as to KIEU MINH NGUYEN of Jury Trial for dates of 2/28/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (ckb) (Entered: 08/21/2000) |
| 08/21/2000 | 37 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial for dates of 2/28/00 (Vol. 1) held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (ckb) (Entered: 08/21/2000) |
| 08/21/2000 | 38 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial for dates of 2/29/00 (Vol. 2) held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (ckb) (Entered: 08/21/2000) |
| 08/21/2000 | 39 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial for dates of 3/1/00 (Vol. 3) held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (ckb) (Entered: 08/21/2000) |
| 08/21/2000 | 40 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial for dates of 3/2/00 (Vol. 4) held before Judge D. Brock Hornby ( Court Reporter: Cindy |

| | | Packard) (ckb) (Entered: 08/21/2000) |
|---|---|---|
| 08/21/2000 | 41 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Jury Trial for dates of 3/3/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (ckb) (Entered: 08/21/2000) |
| 08/21/2000 | 42 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Sentencing for dates of 7/10/00 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (ckb) (Entered: 08/21/2000) |
| 08/22/2000 | | CLERK'S SUPPLEMENTAL CERTIFICATE (re: [35-1] appeal ) ; 1ST supplemental certificate; Orig. documents numbered: 36 - 42 (bfa) (Entered: 08/22/2000) |
| 08/22/2000 | | Transmitted Supplemental Record on Appeal: as to KIEU MINH NGUYEN [35-1] appeal (bfa) (Entered: 08/22/2000) |
| 08/23/2000 | | (Court only) **Terminated Deadlines for purge appeal (appeal filed) (mmc) (Entered: 08/23/2000) |
| 04/23/2001 | 43 | USCA OPINION as to KIEU MINH NGUYEN Re: [35-1] appeal Decision: AFFIRMED (Mandate Deadline set for 5/23/01 ) (mmc) (Entered: 04/23/2001) |
| 05/24/2001 | | Deadline updated as to KIEU MINH NGUYEN, reset Mandate deadline to 6/25/01 (bfa) (Entered: 05/24/2001) |
| 06/08/2001 | 44 | USCA MANDATE as to KIEU MINH NGUYEN Re: [35-1] appeal by KIEU MINH NGUYEN Decision: affirmed (bfa) (Entered: 06/11/2001) |
| 06/08/2001 | | Record on Appeal as to KIEU MINH NGUYEN returned from U.S. Court of Appeals: [35-1] appeal (bfa) (Entered: 06/11/2001) |
| 06/26/2001 | | (Court only) **Terminated Deadlines for mandate (filed) (mmc) (Entered: 06/26/2001) |
| 05/02/2002 | 45 | MOTION by KIEU MINH NGUYEN to Vacate (2255) in Civil No. 02-100-P-H (slh) (Entered: 05/03/2002) |
| 05/03/2002 | | 2255 Motion/CASE REFERRED to MAG. JUDGE MARGARET J. KRAVCHUK (slh) (Entered: 05/03/2002) |
| 05/03/2002 | | (Court only) Case file sent to Bangor. (slh) (Entered: 07/18/2002) |
| 05/06/2002 | 46 | ORDER TO ANSWER [45-1] motion to Vacate (2255) Response to Motion due on 7/8/02 for USA ( signed by MAG. JUDGE MARGARET J. KRAVCHUK ) cc: cnsl (jgw) (Entered: 05/07/2002) |
| 05/06/2002 | | (Court only) **Added Government Attorney MARGARET D. MCGAUGHEY (jgw) (Entered: 05/07/2002) |
| 06/20/2002 | 47 | MOTION by USA as to KIEU MINH NGUYEN to Extend Time to File Response to 2255 Motion to 7/22/02 (slh) (Entered: 06/21/2002) |
| 06/21/2002 | | Motion(s) referred to MAG. JUDGE MARGARET J. KRAVCHUK : [47-1] motion to Extend Time to File Response to 2255 Motion (slh) (Entered: 06/21/2002) |

| | | |
|---|---|---|
| 06/24/2002 | | ENDORSEMENT ON MOTION granting [47-1] motion to Extend Time to File Response to 2255 Motion, Response to Motion reset to 7/22/02 for USA for [45-1] motion to Vacate (2255) ( Entered by MAG. JUDGE MARGARET J. KRAVCHUK ) cc: cnsl, USM, USP (err) (Entered: 06/24/2002) |
| 07/08/2002 | 48 | TRANSCRIPT filed as to KIEU MINH NGUYEN of Presentence Conference for dates of 6/19/2000 held before Judge D. Brock Hornby ( Court Reporter: Cindy Packard) (mmc) (Entered: 07/08/2002) |
| 07/18/2002 | 49 | MOTION with Memorandum in Support by USA as to KIEU MINH NGUYEN to Dismiss 2255 Response deadline set for 8/8/02 for KIEU MINH NGUYEN (slh) (Entered: 07/18/2002) |
| 08/09/2002 | | (Court only) **Terminated deadlines as to KIEU MINH NGUYEN for response to #49 (jgw) (Entered: 08/09/2002) |
| 08/09/2002 | | Motion(s) referred to MAG. JUDGE MARGARET J. KRAVCHUK : [49-1] motion to Dismiss 2255 (jgw) (Entered: 08/09/2002) |
| 08/29/2002 | | (Court only) **Terminated Deadlines for resp to mtn #45 (mmc) (Entered: 08/29/2002) |
| 09/04/2002 | 50 | RECOMMENDED DECISION of MAG. JUDGE MARGARET J. KRAVCHUK [45-1] re: motion to Vacate (2255) - recommending motion be denied ; Motion no longer referred Objections to R and R due by 9/23/02 for KIEU MINH NGUYEN, for USA cc: cnsl (jgw) (Entered: 09/04/2002) |
| 09/04/2002 | | (Court only) Case file sent to Portland. (jgw) (Entered: 09/04/2002) |
| 09/16/2002 | 51 | MOTION by KIEU MINH NGUYEN to Extend Time to File Objections to Recommended Decision by 21 days (seal user) (Entered: 09/16/2002) |
| 09/16/2002 | | Motion(s) referred to MAG. JUDGE MARGARET J. KRAVCHUK : [51-1] motion to Extend Time to File Objections to Recommended Decision (seal user) (Entered: 09/16/2002) |
| 09/18/2002 | | ENDORSEMENT ON MOTION granting [51-1] motion to Extend Time to File Objections to Recommended Decision, Objections reset to 10/15/02 for KIEU MINH NGUYEN for [50-1] report & recommendations motion RECOMMENDED DECISION of MAG. JUDGE MARGARET J. KRAVCHUK [45-1] re: motion to Vacate (2255) - recommending motion be denied ( Entered by MAG. JUDGE MARGARET J. KRAVCHUK ) cc: cnsl (slh) (Entered: 09/23/2002) |
| 09/24/2002 | | (Court only) **Terminated deadlines as to USA for Objections to Recommended Decision (mnm) (Entered: 09/24/2002) |
| 10/16/2002 | | (Court only) **Terminated objrecdec deadline as to KIEU MINH NGUYEN (slh) (Entered: 10/16/2002) |
| 10/21/2002 | | Motion(s) taken under advisement: [50-1] report & recommendations motion RECOMMENDED DECISION of MAG. JUDGE MARGARET J. KRAVCHUK [45-1] re: motion to Vacate (2255) - recommending motion be denied under advisement, [49-1] motion to Dismiss 2255 under advisement, |

| | | [45-1] motion to Vacate (2255) under advisement (slh) (Entered: 10/21/2002) |
|---|---|---|
| 10/22/2002 | 52 | ORDER Affirming [50-1] report & recommendations motion RECOMMENDED DECISION of MAG. JUDGE MARGARET J. KRAVCHUK [45-1] re: motion to Vacate (2255) - recommending motion be denied, terminating [49-1] motion to Dismiss 2255, denying [45-1] motion to Vacate (2255) ( signed by JUDGE D. B. HORNBY ) cc: cnsl (slh) (Entered: 10/23/2002) |
| 10/23/2002 | 53 | 2255 JUDGMENT as to KIEU MINH NGUYEN Denying Motion to Vacate, Set Aside or Correct Sentence (signed by Dpty Clk Hall for William S. Brownell, Clerk) cc: cnsl EOD: 10/23/02 (Purge appeal deadline set for 12/23/02 ) (slh) (Entered: 10/23/2002) |
| 12/06/2002 | | REMARK/NO NUMBER re DON TRAN, MONICA TRAN, KIEU MINH NGUYEN: #19, APPLICATION for Writ of HC for detainee DUNG QUOC TRAN (as to KIEU MINH NGUYEN), UNIMPOUNDED AND RELEASED TO PUBLIC FILE. Photocopy of US Form 1040 Tax Return for Dinh Van Tran and Ratanak Kohv Tran, Tax Year 1998, UNSEALED AND DESTROYED (no identifying information as to filer or proceeding). (dw) (Entered: 12/06/2002) |
| 01/02/2003 | | (Court only) **Terminated Deadlines for purge appeal (mmc) (Entered: 01/02/2003) |
| 10/24/2003 | | Payment from KIEU MINH NGUYEN Address: McRae Correctional Facility, 1000 Jim Hammock Drive, McRae, GA: Method of Payment: check. Purpose of Payment: special assessment. Amount of Payment: $25. Receipt Number: 49366. Date Paid: 10/24/2003. (bfa, ) (Entered: 10/24/2003) |
| 02/06/2004 | | Payment from KIEU MINH NGUYEN Address: N/A: Method of Payment: check. Purpose of Payment: special assessment. Amount of Payment: $25. Receipt Number: 49967. Date Paid: 2/5/2004. (bfa, ) (Entered: 02/06/2004) |
| 03/09/2004 | | (Court only) ***CASE FILE SENT TO FEDERAL RECORDS CENTER (Archives). Accession No.: 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 ; Box Nos.: 13 and 14 of 17 ; Location: A114359-A114375 ; Disposal Date: 10/2028 (ckb, ) (Entered: 03/09/2004) |
| 05/04/2004 | | Payment from KIEU MINH NGUYEN Address: N/A: Method of Payment: check. Purpose of Payment: special assessment. Amount of Payment: $25. Receipt Number: 50855. Date Paid: 5/3/2004. (bfa, ) (Entered: 05/04/2004) |
| 08/19/2004 | | Payment from KIEU MINH NGUYEN Address: 1000 Jim Hammock Drive, Mcrae, GA: Method of Payment: check. Purpose of Payment: special assessment. Amount of Payment: $25. Receipt Number: 51483. Date Paid: 8/19/2004. (bfa, ) (Entered: 08/19/2004) |
| 10/25/2004 | | Payment from KIEU MINH NGUYEN : Method of Payment: check. Purpose of Payment: criminal debt. Amount of Payment: $25. Receipt Number: 204000514. Date Paid: 10/25/2004. (bfa, ) (Entered: 10/25/2004) |
| 02/04/2005 | | Payment from KIEU MINH NGUYEN Method of Payment: Check. Purpose of Payment: Criminal Debt. Amount of Payment: $25.00. Receipt Number: |

205000386. Date Paid: 2/5/05. (mjl, ) (Entered: 02/04/2005)

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 99-58-P-H |
| | ) | (18 U.S.C. §§1951(a)&(b)(1)&(2); |
| | ) | 924(c)(1)&(3) and 2) |
| JOHN NGUYEN | ) | |
| a/k/a | ) | |
| TRUONG NGUYEN | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about June 9, 1998 and continuing thereafter until on or about June 23, 1998, in the District of Maine, the Northern District of Georgia, the Eastern District of North Carolina and elsewhere, defendant

**JOHN NGUYEN**
**a/k/a**
**TRUONG NGUYEN**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with Thong Nguyen, Cong Nguyen, Nam Viet Nguyen, Quyen Trung Le and others known and unknown to the Grand Jury to unlawfully obstruct, delay and affect commerce, and did attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant and Nam Viet Nguyen, Quyen Trung Le and Cong Nguyen did unlawfully conspire and attempt to take and obtain personal property consisting of United States currency which was the proceeds from

the sale of services of Nail Time of South Portland, Maine, a business which was then engaged

in interstate commerce and an industry which affects interstate commerce, and did conspire and

attempt to obtain such property from the owners of Nail Time and from the presence of Alex

Tran and Julie Lam against their will by means of actual and threatened force, violence and fear

of injury to their persons. In furtherance of such conspiracy, the defendant, and the above-

named conspirators, engaged in certain overt acts including meeting in North Carolina, traveling

from North Carolina to Maine and, while in Maine, committing the robbery described herein.

In violation of Title 18 United States Code, Sections 1951(a) and (b)(1) and 2.

## COUNT TWO

On or about June 23, 1998, in the District of Maine, the Eastern District of North

Carolina and elsewhere, defendant

### JOHN NGUYEN
### a/k/a
### TRUONG NGUYEN

during and in relation to a crime of violence for which he may be prosecuted in a Court of the

United States, namely, the crime alleged in Count One hereof, did use and carry a firearm,

namely, a handgun, and did aid and abet such conduct in violation of Title 18, United States

Code, Sections 2 and 924(c)(1) ánd (3).

A TRUE BILL,

_____
Assistant U.S. Attorney
Date: 8/17/99

ATTESTED COPY

I hereby attest and certify that this is a printed copy of
a document which was electronically filed with the
United States District Court for the District of Maine.
Dated filed: 08/26/1999

LINDA L. JACOBSON, CLERK

By: _____
Dated: 06/13/2005

2

# United States District Court
## District of Maine

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**

For Offenses Committed On or After November 1, 1987

v.

**KIEU MINH NGUYEN**

Case Number 2:99CR58-P-H

Entered on Docket: _____

James R. VanCamp, Esq. &

Peter E. Rodway, Esq.

Defendant's Attorney

## THE DEFENDANT:

☐ Pleaded guilty to count(s) _____

☐ Pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ Was found guilty on count(s) 1s after a plea of not guilty.

☒ The defendant has been found not guilty on count(s) 2s

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §1951 | Conspiracy to Interfere with Commerce | 6/23/1998 | I |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 10, 2000 _____

Date of Imposition

_____

Signature of Judicial Officer

**D. Brock Hornby, United States District Judge**

Name & Title of Judicial Officer

ATTESTED COPY

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine.
Dated filed: 07/11/2000   7/11/00

LINDA L. JACOBSON, CLERK   Date

By _____

Dated: 06/13/2008

34

DEFENDANT:    KIEU MINH NGUYEN                                          Judgment-Page 2 of 8
CASE NUMBER:    2:99CR58-P-H

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>One Hundred Nine (109) Months</u>

The defendant shall receive credit for time spent in presentence detention.

☒  The cost of incarceration fee is waived.

    **The court makes the following recommendations to the Bureau of Prisons:  That the defendant be assigned to a facility near his family in the Chicago, Illinois area.**

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district,
      ☐    at _____ a.m./p.m. on _____.
      ☐    as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
      ☐    before 2 p.m. on _____.
      ☐    as notified by the United States Marshal.
      ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

    I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on    to _____
at _____ with a certified copy of this judgment

                                _____
                                       United States Marshal
            By _____
                                      Deputy Marshal

DEFENDANT:    KIEU MINH NGUYEN                                    Judgment-Page 3 of 8
CASE NUMBER:    2:99CR58-P-H

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>Three (3) Years</u>

    The Defendant shall report to the probation office in the district which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

 The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug st within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the obation officer.

[X]  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:     KIEU MINH NGUYEN                                    Judgment- Page 4 of 8
CASE NUMBER:   2:99CR58-P-H

## ADDITIONAL SUPERVISED RELEASE TERMS

1.    Upon completion of his term of imprisonment, Defendant shall be surrendered to a duly sworn authorized immigration officer for whatever action the Immigration and Naturalization Service deems appropriate.  If Defendant is deported or granted voluntary departure, he shall not re-enter the United States illegally.  Defendant may re-enter only after obtaining written permission from the Attorney General of the United States and upon notifying his supervising officer of that fact.  If he is not deported or granted voluntary departure, the defendant is to abide by the following additional conditions:

2.    Defendant shall provide the probation officer with access to any requested financial information;

3.    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer;

4.    Defendant shall not use or possess any controlled substances or intoxicants; and shall participate in a program of drug and alcohol abuse therapy to the satisfaction of the supervising officer.  This may include testing to determine if the defendant has made use of drugs or intoxicants. Defendant shall pay/co-pay for services provided during the course of such treatment, to the supervising officer's satisfaction;

5.    Defendant shall not own or possess any firearm or other dangerous weapon, or knowingly be at any time in the company of any person known by him to possess any firearm or other dangerous weapon;

6.    Defendant shall have no communication or contact with coconspirators Thong Nguyen, Cong Nguyen, Quyen Trung Le and Nam Viet Nguyen.

DEFENDANT:    KIEU MINH NGUYEN                                           Judgment-Page 5 of 8
CASE NUMBER:   2:99CR58-P-H

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following criminal monetary penalties.

|         | Assessment | Fine | Restitution |
|---------|-----------:|------|------------:|
| **Totals:** | $100.00 |      | $13,087.00 |

If applicable, restitution amount ordered pursuant to plea agreement ............................. $_____

### FINE

[X] The court finds that the defendant does not have the ability to pay a fine. The Court will waive the fine in this case.

☐ The above fine includes costs of incarceration and/or supervision in the amount of 00.00.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

☐ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐     The interest requirement is waived.
☐     The interest requirement is modified as follows:

DEFENDANT:    KIEU MINH NGUYEN                                           Judgment-Page 6 of 8
CASE NUMBER:  2:99CR58-P-H

## CRIMINAL MONETARY PENALTIES (continued)

### RESTITUTION

[X] The defendant shall make restitution to the following payees in the amounts listed below.

[X] The interest requirement is waived.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **This restitutionary obligation is ordered joint & several with Thong Nguyen, Cong Nguyen, Quyen Trung Le and Nam Viet Nguyen.**

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | $4,518.00 | First Priority |
| The Concord Group Insurance Co.<br>P.O. Box 300<br>Auburn, ME  04212<br>Claim #521939 | | $7,334.00 | |
| Maine Victims Compensation Board<br>Dept. of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006 | | $1,235.00 | |
| **Totals** | $  0.00 | $13,087.00 | 0.00 |

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:      KIEU MINH NGUYEN                                                    Judgment-Page 7 of 8
CASE NUMBER:    2:99CR58-P-H

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A (X)  in full immediately; or

      Any amount that the defendant is unable to pay now shall be paid in monthly installments, to be
initially determined in amount by the supervising officer.  Said payments are to be made during the period of
his supervised release subject always to review by the sentencing judge on request, by either the defendant or
the government.

B ☐ $_____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____; or

D ☐ in installments to commence _____ days after the date of this judgment.  In the event the entire amount of

criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer

shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ (e.g. equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ year(s) to
commence _____ day(s) after the date of this judgment.

    The defendant will receive credit for all payments previously made toward any criminal monetary penalties
imposed.
Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

## FORFEITURE

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

    Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a
period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All
criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial
Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.

ENTERED ON DOCKET: 10.23.02 cl

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2002 OCT 23 A 10: 15

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KIEU MINH NGUYEN | ) |

BY

DEPUTY CLERK

CRIMINAL NO. 99-58-P-H

(CIVIL NO. 02-100-P-H)

JUDGMENT ON 2255 MOTION

In accordance with the Order Affirming Recommended Decision of the Magistrate Judge issued October 22, 2002, it is hereby ADJUDGED that the Defendant's Motion Under 28 USC Section 2255 is DENIED.

WILLIAM S. BROWNELL, CLERK

By _____

Deputy Clerk

Dated this 23rd day of October, 2002.

ATTESTED COPY

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the Unites States District Court for the District of Maine. Dated filed: 5/23/2002.

LINDA L. JACOBSON, CLERK

By: _____

Dated: 04/13/2008